■ RES EXHIBIT SERVICES, LLC, Respondent, v GENESIS VISION, INC., Doing Business as ROCHESTER OPTICAL, Appellant. (Appeal No. 2.) [63 NYS3d 280]—Appeal from a judgment of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered October 14, 2016. The judgment awarded plaintiff the sum of $426,683.36 as against defendant.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *RES Exhibit Servs., LLC v Genesis Vision, Inc.* ([appeal No. 3] 155 AD3d 1515 [4th Dept 2017]). Present—Whalen, P.J., Peradotto, Lindley, NeMoyer and Curran, JJ.